Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL HUNTER; REBECCA HUNTER; AND BONNIE HUNTER;, Individually and On Behalf of All Others Similarly Situated,**<br><br>    Plaintiff,<br><br>    v.<br><br>**PIONEER CREDIT RECOVERY, INC.,** | Case No. 5:13-cv-02090-JAK-DTB<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>**Hon. John A. Kronstadt** |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of April, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 23rd day of April, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

Arjun P. Rao
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles CA 90067-3086
Attorney for Defendant

This 23rd day of April, 2014.

<u>s/Todd M. Friedman</u>
Todd M. Friedman