**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL HUNTER; REBECCA HUNTER; and BONNIE HUNTER, Individually and On Behalf of All Others Similarly Situated,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**PIONEER CREDIT RECOVERY, INC.,**<br><br>DEFENDANT. | Case No: 13-cv-02090-JAK-DTB<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS**<br><br>**Judge**: Hon. John A. Kronstadt |

Plaintiffs RACHEL HUNTER, REBECCA HUNTER AND BONNIE HUNTER (hereinafter "Plaintiffs") and Defendant PIONEER CREDIT RECOVERY, INC. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative class members' claims.

The Parties agree that this Court may proceed to dismiss this action entirely with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative class members' claims.  This Court retains jurisdiction to enforce the settlement of this action.

Dated: June 4, 2014          **KAZEROUNI LAW GROUP, APC**

By:  /s/ Abbas Kazerounian
     Abbas Kazerounian
     Attorney for Plaintiffs

Dated: June 4, 2014          STROOCK & STROOCK & LAVAN LLP
                             LISA M. SIMONETTI
                             ARJUN P. RAO
                             JULIETA STEPANYAN

By:  /s/ Arjun P. Rao
     Arjun P. Rao

Attorneys for Defendant
PIONEER CREDIT RECOVERY, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Arjun P. Rao, counsel for Defendant, and that I have obtained Mr. Rao's authorization to affix his electronic signature to this document.

Dated: June 4, 2014                    **KAZEROUNI LAW GROUP, APC**

                                          By:   /s/ Abbas Kazerounian
                                                   Abbas Kazerounian
                                                   Attorney for Plaintiffs