# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL HUNTER; REBECCA HUNTER; and BONNIE HUNTER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　PLAINTIFFS,<br>V.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>　　　　　　　　DEFENDANT. | Case No: 13-cv-02090-JAK-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS' CLAIMS**<br><br>==JS-6== |

Based upon the Joint Stipulation to Dismiss, and good cause, this Court hereby orders the action to be dismissed WITH prejudice as to Plaintiffs' individual claims and WITHOUT prejudice as to the claims of the putative class members.

IT IS SO ORDERED.



Dated: June 25, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE